# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DEREK QUINN, | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )     CA 16-00409-KD-C |
| | ) |
| OCWEN LOAN | ) |
| SERVICING, LLC, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

After due and proper consideration of all issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 26, 2016, is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this **28th** day of **November 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**